IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00452-AP

JOHN L. BAROS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN

**APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

MICHAEL W. SECKAR, Esq.
402 W. 12th Street
Pueblo, CO 81003
(719 543-8636
seckarlaw@mindspring.com

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.traskos@usdoj.gov

STEPHANIE LYNN F. KILEY, Esq.
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
Stephanie.Fishkin.Kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A. Date Complaint Was Filed:** <u>**February 27, 2008**</u>

    **B. Date Complaint Was Served on U.S. Attorney's Office:** <u>**March 14, 2008**</u>

    **C. Date Answer and Administrative Record Were Filed:** <u>**May 5, 2008**</u>

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Both parties state that the record is complete and adequate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Both parties state that this case does not involve unusually complicated or out-of-the ordinary claims.

## 7. OTHER MATTERS

Both parties raise no other matters before the Court.

## 8. BRIEFING SCHEDULE

    **A.** **Plaintiff's Opening Brief Due:** <u>**July 7, 2008**</u>

    **B.** **Defendant's Response Brief Due:** <u>**August 6, 2008**</u>

    **C.** **Plaintiff's Reply Brief (If Any) Due:** <u>**August 21, 2008**</u>

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.** **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.** **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 27th day of May, 2008.

                                                BY THE COURT:

                                                *S/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

s/Michael W. Seckar
MICHAEL W. SECKAR, Esq.
402 W. 12th Street
Pueblo, CO 81003
(719 543-8636
seckarlaw@mindspring.com

Attorney for the Plaintiff

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.traskos@usdoj.gov

s/Stephanie Lynn F. Kiley
STEPHANIE LYNN F. KILEY, Esq.
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
Stephanie.Fishkin.Kiley@ssa.gov

Attorneys for the Defendant.