IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-452-AP**

**JOHN L. BAROS,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulated Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, (doc. #20), filed November 13, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees in the amount of **$3,092.38**.

Dated at Denver, Colorado, this 13th day of November, 2008.

                                           BY THE COURT:

                                           *S/John L. Kane*
                                           JOHN L. KANE, SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT